UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Dennis A. Smith

    v.                                    Civil No. 05-fp-362

New Hampshire State Prison, Warden


ORDER GRANTING REQUEST TO
PROCEED IN FORMA PAUPERIS

Plaintiff's request to proceed in forma pauperis is hereby granted, but only for the purpose of waiving the filing fee.

This case has been assigned number **05-cv-362-PB**.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge


Date:  October 21, 2005

cc:    Dennis A. Smith, pro se