```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

**Dennis A. Smith**

    **v.**                                                         Case No. 05-cv-362-PB
                                                                             05-cv-374-JD

**New Hampshire State Prison, et al.**


## NOTICE OF RULING

    Re:    **Document No. 5, 05-cv-374-JD,**
            **Motion to Consolidate Cases**

    **Ruling**: Motion granted. What plaintiff has characterized as a Petition for Writ of Habeas Corpus Ad Testificandum is a motion for specified relief in his civil rights action rather than a distinct claim for relief. That motion is denied without prejudice. Case No. 05-cv-362-PB shall be closed.

Entered by:  Paul Barbadoro, District Judge

Date:  December 14, 2005



cc:    Dennis A. Smith, pro se
       NH Attorney General
       NH Department of Corrections